UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
GORDON LAVALETTE,

                  Plaintiff,

  - against -

ION MEDIA NETWORKS, INC. and R.
BRANDON BURGESS, individually,

                  Defendants.
------------------------------------------------------------------- X

Index No. 16-cv-7286 (KPF)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action and all claims that have been asserted in this action are hereby dismissed in full, with prejudice, and without admission of wrongdoing, costs or attorneys' fees to be awarded to any party.

Dated: January 21, 2020

By: _____
     Martin S. Hyman

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

Martin S. Hyman
Matthew C. Daly
711 Third Avenue
New York, NY 10017
mhyman@golenbock.com
mdaly@goldenbock.com

SMITH MULLIN, P.C.

Neil Mullin
420 Lexington Avenue, Suite 300
New York, NY 10170
nsmith@smithmullin.com

*Attorneys for Plaintiff*

Dated: February 4, 2020

By: _____
     Lorie E. Almon

SEYFARTH SHAW LLP

Lorie E. Almon
Courtney Stieber
620 Eighth Avenue
New York, NY 10018
Tel: (212) 218-5500
Fax: (212) 218-5526
lalmon@seyfarth.com
cstieber@seyfarth.com

*Attorneys for Defendants*

SO ORDERED:

*Katherine Polk Failla*

Hon. Katherine Polk Failla, U.S.D.J.

Dated: New York, NY
     February 4, 2020